UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

THE UNITED STATES OF AMERICA :

v. : **Criminal No. 08-cr-00601 (NLH)**

**MARK MATHEYS** :
**Defendant**

: **UNSEALING ORDER**

This matter having come before the Court on the application of the United States of America (Jacqueline M. Carle, Assistant U.S. Attorney, appearing), and by consent of the defendant, Mark Matheys, through his counsel, Brian J. McMonagle, for an order unsealing the matter of United States v. Mark Matheys, Criminal No. 08-cr-00601 (NHL); a matter formerly assigned to the United States District Court for the District of Columbia under Criminal No. 98-cr-00287 (RCL) and thereafter transferred to the District of New Jersey on or about September 30, 2008; and for good cause shown,

IT IS ON this 22nd day of October 2008,

ORDERED that the matter of United States v. Mark Matheys, Criminal No. 08-cr-00601 (NHL); a matter formerly assigned to the United States District Court for the District of Columbia under Criminal No. 98-cr-00287 (RCL) and thereafter transferred to the District of New Jersey on or about September 30, 2008, is hereby unsealed.

*[signature: Noel L. Hillman]*

HON. NOEL L. HILLMAN
UNITED STATES DISTRICT COURT JUDGE