AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number   1:08-cr-601-01(NLH)

MARK D. MATHEYS

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, MARK D. MATHEYS, was represented by Lori Koch, AFPD.

Violation number 1 has been dismissed.

The defendant admitted guilt to violation number 2 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation |
| --- | --- |
| 2 | 'Home Confinement for a period of 4 months, except for approved absences authorized by U.S. Probation Office' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 10/23/2008 remain in full force and effect, if not already paid.

Signed this the 13th Day of July, 2009.

NOEL L. HILLMAN
United States District Judge

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant: MARK D. MATHEYS
Case Number: 1:08-cr-601-01(NLH)

## IMPRISONMENT

The Court finds upon the evidence presented that Mark Matheys is in violation of the conditions of Supervised Release as imposed by this Court on 03/10/04. Whereupon it is ordered and adjudged that the previously imposed term of Supervised Release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 7 months.

The Court makes the following recommendations to the Bureau of Prisons: that the Bureau of Prisons designate a facility for service of this sentence as near as possible to the defendant's home address.

The defendant shall surrender to the United States Marshal or designated institution for this district for service of this sentence at a time and date set by the Bureau of Prisons.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal